ORIGINAL

RECEIVED

5 OCT 19 AM 11: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 05 4232

PHASE FORWARD INCORPORATED

Plaintiff(s),

v.

MARY NOEL ADAMS

Defendant(s).

CASE NO.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

E-Filing

M. Kelly Tillery, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is Pepper Hamilton LLP, 3000 Two Logan Sq., Philadelphia, PA 19103 - 215-981-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Phase Forward Incorporated.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 24 Oct 05

_____
United States District Judge

Case 5:05-cv-04232-JF   Document 6   Filed 10/26/05   Page 2 of 2