RECEIVED

05 OCT 19 AM 11: 10

RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 05 4282

| PHASE FORWARD INCORPORATED | |
|---|---|
| Plaintiff(s), | CASE NO. |
| v. | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| MARY NOEL ADAMS | |
| Defendant(s). | |

Nathan W. Dean _____, an active member in good standing of the bar of Pennsylvania _____, whose business address and telephone number is Pepper Hamilton LLP, 3000 Two Logan Sq., Philadelphia, PA 19103 - 215-981-4000 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Phase Forward Incorporated _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 24 Oct 05

_____
United States District Judge