\*\*E-filed 12/21/05\*\*

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHASE FORWARD INCORPORATED,<br><br>        Plaintiff,<br><br>        v.<br><br>MARY NOEL ADAMS,<br><br>        Defendant. | Case Number CV-05-4232-JF<br><br>ORDER VACATING ORDER REASSIGNING THE CASE TO THE SAN FRANCISCO DIVISION<br><br>[14 ] |

    The Order reassigning this matter to the San Francisco Division was issued in error and is hereby vacated. The matter remains assigned to Judge Jeremy Fogel, San Jose Division for all purposes.

DATED: 12/21/05

                                              /s/electronic signature authorized
                                              JEREMY FOGEL
                                              United States District Judge