1  DAVID M. GIVEN (State Bar No. 142375)
   SPENCER C. MARTINEZ (State Bar No. 206337)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911           **E-filed 5/30/06**

5  M. KELLY TILLERY
   NATHAN W. DEAN
6  PEPPER HAMILTON LLP
   3000 Two Logan Square
7  Eighteenth and Arch Streets
   Philadelphia, PA  19103
8  Telephone: (215) 981-4000
   Facsimile: (215) 981-4750
9  *PRO HAC VICE*

10  Attorneys for Plaintiff

11              IN THE UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

15  PHASE FORWARD INCORPORATED,    )   CASE NO.  C 05-4232 JF (HRL)
                                   )
16            Plaintiff,           )   **STIPULATION AND ORDER**
                                   )   **FOR RELEASE OF TTAB**
17  v.                             )   **RECORD**
                                   )
18  MARY NOEL ADAMS,               )
                                   )
19            Defendant.           )
                                   )
20  _____)

21      Plaintiff PHASE FORWARD INCORPORATED ("Phase Forward") and defendant

22  MARY NOEL ADAMS ("Adams"), by and through their respective counsel, hereby

23  stipulate as follows:

24                              **RECITALS**

25      WHEREAS, Adams filed an Application to register the mark PHASE FORWARD

26  with the United States Patent and Trademark Office ("USPTO") in International Class 35

27  for "Consultation services in the fields of product management, marketing and business

28  planning," under Serial No. 78169672, on October 1, 2002.

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND ORDER FOR RELEASE OF TTAB RECORD- Case No. C 05-4232 JF
S:\Clients\Phase Forward\8286.1 (Adams)\pld\STIP-record-051806

1   WHEREAS, Phase Forward opposed registration by Adams of the mark PHASE
2   FORWARD (Opposition No. 91156778), on the grounds that the mark when used in
3   connection with Adams' services so resembles Phase Forward's previously used and
4   registered marks, and its "family" of marks, as to be likely to cause confusion, mistake or
5   deception under Section 2d of the Lanham Act.
6   WHEREAS, on August 23, 2005, the Trademark Trial and Appeal Board issued a
7   Final Decision denying Phase Forward's opposition to Adams' trademark application.
8   WHEREAS, Phase Forward filed this action on October 19, 2005, generally
9   alleging trademark infringement and trademark dilution by Adams of certain PHASE
10  FORWARD trademarks.
11  WHEREAS as part of this action, Phase Forward seeks *de novo* judicial review of
12  the Final Decision of the Trademark Trial and Appeal Board denying Phase Forward's
13  opposition to Adams' trademark application.

## STIPULATION

15  Phase Forward Incorporated and Mary Noel Adams stipulate and agree that,
16  pursuant to Trademark Trial and Appeal Board Manual of Procedure ("TBMP") § 904.02,
17  the Trademark Trial and Appeal Board may release to this Court the original record for the
18  case styled Phase Forward Incorporated v. Mary Noel Adams (Opposition No. 91156778
19  to Serial No. 78169672), Final Decision for which was rendered on August 23, 2005.

21  DATED: May 18, 2006          PHILLIPS, ERLEWINE & GIVEN LLP

23                               By:_____
                                     David M. Given
24                                   Attorney for Plaintiff

25  DATED: May 18, 2006

27                                   _____
                                     Laura A. Thompson, Esq.
                                     Attorney for Defendant

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

**ORDER**

Good cause appearing, the Trademark Trial and Appeal Board is ordered to release to this Court the original record for the case styled <u>Phase Forward Incorporated v. Mary Noel Adams</u> (Opposition No. 91156778 to Serial No. 78169672), the Final Decision for which was rendered on August 23, 2005.

Counsel for plaintiff shall transmit this Order to the Trademark Trial and Appeal Board, Office of the Solicitor, within five (5) days of notice of entry. The Trademark Trial and Appeal Board, Office of the Solicitor, shall comply with this Order, and transmit the original record to this Court, within fifteen (15) days of receipt of this Order.

5/30/06

_____
United States District Court Judge
Judge Jeremy Fogel

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND ORDER FOR RELEASE OF TTAB RECORD- Case No. C 05-4232 JF
S:\Clients\Phase Forward\8286.1 (Adams)\pld\STIP-record-051806

3