```
 1  LAURA THOMPSON, ESQ. (State Bar No. 219999)
    2370 Market Street, Suite 318
 2  San Francisco, CA 94114
    Telephone: (415) 264-8423
 3  Facsimile: (415) 558-9688
    Email: lthompsonesq@comcast.net
 4  ATTORNEY TO BE NOTICED

 5  MATTHEW STAVISH
    BERENATO, WHITE & STAVISH, LLC
 6  6550 Rock Spring Drive, Suite 240
    Bethesda, Maryland 20817
 7  Telephone: (301) 896-0600
    Facsimile:  (301)
 8  Email: mstavish@bwsiplaw.com
    LEAD ATTORNEY – ADMITTED PRO HAC VICE
 9
10  Attorneys for Defendant
                                                        **E-filed 6/5/06**
11
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARY NOEL ADAMS, individually and d/b/a PHASE FORWARD,<br><br>Defendant. | Case No.: C 05-4232 JF (HRL)<br><br>**APPLICATION, STIPULATION, DECLARATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND MOTION CUT OFF DATES** |

## APPLICATION

Pursuant to Civil Local Rule 6-2, plaintiff Phase Forward Incorporated and defendant Mary Noel Adams (hereinafter, the "Parties"), by and through their respective counsel, hereby request that the Court amend the existing Scheduling Order adopted on March 6, 2006, and extend by 30 days (1) the date on which discovery in this action is to be completed; (2) the last day for the parties to file expert reports; (3) the last day for the parties to file rebuttal expert

reports; (4) the date on which expert discovery will close; (5) the last day for the filing of motions for summary judgment or partial summary judgment; and (6) the date set for motion hearing.

## DECLARATION

I, MATTHEW STAVISH, declare as follows:

1. I am an attorney duly admitted to practice law in the State of Maryland, and *pro hac vice* in the Northern District of California in Civil Case No. C 05-4232 JF (HRL). I have personal knowledge of the facts set forth herein, unless otherwise indicated, and if called as a witness could and would so testify.

2. In its March 6, 2006 Order, the Court adopted the following discovery and motion schedule, and set the motion hearing date:

| Task/Action | Adopted Schedule |
| --- | --- |
| Close of Fact Discovery | June 1, 2006 |
| Last Day to File Expert Reports | July 1, 2006 |
| Last Day to File Rebuttal Expert Reports | August 1, 2006 |
| Close of Expert Discovery | October 1, 2006 |
| Last Day to File Motions for Summary Judgment and Partial Summary Judgment | November 1, 2006 |
| **Motion Hearing Date** | **December 15, 2006 at 9:00 a.m.** |

3. In early May 2006, the parties began coordinated efforts to schedule depositions for their intended witnesses.

4. Plaintiff informed me of its intent to depose Mary Noel Adams. I likewise advised of my intent to depose Plaintiff's 30(b)(6) witness, as well as individuals listed in Plaintiff's Rule 26 (a)

disclosure, namely, Robert K. Weiler, Paul Bleicher, Ari Buchler, William Porter, Steve Powell and Lynette Herscha. I also expressed my preference to depose these witnesses with the benefit of their responses to my document and information requests, served on April 13. 2006.

5.  Despite diligent efforts, both Parties had difficulty coordinating counsel and deponent availability throughout May 2006. (The earliest feasible date for Mary Noel Adams' deposition was May 23, 2006.)

6.  I received the documents produced by Plaintiff on Friday, May 19. Knowing my client was to be deposed the following Monday, May 23, 2006, and anticipating increased scheduling complications entering the last week of discovery, and an imminent Memorial Day weekend, Nathan Dean (Plaintiff's counsel), and I agreed that a 30 day extension of discovery and motion deadlines would provide both sides with the time needed to complete their respective factual investigations.

7.  There have been no prior modification of the case management dates adopted in the Court's March 6, 2006 Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this Declaration was executed at Bethesda, Maryland, on this 1st day of June, 2006.

_Matthew Stavish_
Matthew Stavish

## STIPULATION

For the reasons set forth above, the Parties stipulate to a 30 day extension of the discovery and motion cut-off dates adopted in the Court's March 6, 2006 Order, and jointly request that this Court approve the following modified schedule:

| Task/Action | Adopted Schedule | Modified Schedule |
| --- | --- | --- |
| Close of Fact Discovery | June 1, 2006 | July 3, 2006 |
| Last Day to File Expert Reports | July 1, 2006 | August 1, 2006 |
| Last Day to File Rebuttal Expert Reports | August 1, 2006 | August 31, 2006 |
| Close of Expert Discovery | October 1, 2006 | October 31, 2006 |
| Last Day to File Motions for Summary Judgment and Partial Summary Judgment | November 1, 2006 | December 1, 2006 |
| Motion Hearing Date | December 15, 2006 at 9:00 a.m. | 30 day extension, in deference to the Court's calendar |

Dated: June 1, 2006            LAURA THOMPSON, ESQ.

By: _____
Laura Thompson
Attorney for Defendant
MARY NOEL ADAMS

Dated: June 1, 2006            PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
Spencer Martinez
Attorneys for Plaintiff
PHASE FORWARD INCORPORATED

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 2, 2006

_____
United States District Court Judge
Judge Jeremy Fogel