\*\*E-filed 7/7/06\*\*

1  LAURA THOMPSON, ESQ. (State Bar No. 219999)
2  2370 Market Street, Suite 318
   San Francisco, CA 94114
3  Telephone: (415) 264-8423
   Facsimile: (415) 558-9688
4  Email: lthompsonesq@comcast.net

5  MATTHEW STAVISH
   BERENATO, WHITE & STAVISH, LLC
6  6550 Rock Spring Drive, Suite 240
   Bethesda, Maryland 20817
7  Telephone: (301) 896-0600
   Facsimile: (301)
8  Email: mstavish@bwsiplaw.com
   *LEAD ATTORNEY – PRO HAC VICE*
9
   Attorneys for Defendant
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15  PHASE FORWARD INCORPORATED,        )  Case No.: C 05-4232 JF (HRL)
    a Delaware Corporation,            )
                                       )
16          Plaintiff,                 )  **APPLICATION, STIPULATION,**
        vs.                            )  **DECLARATION AND [P~~ROPOSED~~]**
17  MARY NOEL ADAMS, individually and  )  **ORDER EXTENDING DISCOVERY AND**
    d/b/a PHASE FORWARD,               )  **MOTION CUT OFF DATES**
18                                     )
            Defendant.                 )
19                                     )
                                       )
20  _____)

21

22                         **APPLICATION**

23      Pursuant to Civil Local Rule 6-2, plaintiff Phase Forward Incorporated and defendant

24  Mary Noel Adams (hereinafter, the "Parties"), by and through their respective counsel, hereby

25  request that the Court amend the existing Scheduling Order adopted on June 2, 2006, and extend

26  by 30 days (1) the date on which discovery in this action is to be completed; (2) the last day for

27  the parties to file expert reports; (3) the last day for the parties to file rebuttal expert reports; (4)

28

1  the date on which expert discovery will close; (5) the last day for the filing of motions for
2  summary judgment or partial summary judgment; and (6) the date set for motion hearing.

### DECLARATION

I, LAURA THOMPSON, declare as follows:

1. I am an attorney duly admitted to practice law in the state of California. I have personal knowledge of the facts set forth herein, unless otherwise indicated, and if called as a witness could and would so testify.

2. On June 2, 2006, the Court adopted the Parties' discovery schedule proposed in its stipulated motion to extend discovery dates by 30-days, and issued an Order re-setting the motion hearing date, as follows:

| Task/Action | Adopted Schedule |
| --- | --- |
| Close of Fact Discovery | July 3, 2006 |
| Last Day to File Expert Reports | August 1, 2006 |
| Last Day to File Rebuttal Expert Reports | August 31, 2006 |
| Close of Expert Discovery | October 31, 2006 |
| **Motion Hearing Date** | **January 19, 2007 at 9 a.m.** |

3. The Parties identified and conferred about deposition scheduling early in the discovery schedule, but have experienced ongoing difficulties coordinating counsel and witness availability despite diligent efforts. Defendant has yet to depose Plaintiff's Rule 26(a) witnesses, namely, Robert K. Weiler, Paul Bleicher, Ari Buchler, William Porter, Steve Powell and Lynette Herscha. Matthew Stavish (Defendant's lead attorney) is informed that Kelly Tillery (Plaintiff's counsel) is available to attend these depositions is the week of July 17, 2006, earliest, and that Plaintiff has asked his client to provide dates/times starting that week in which these witnesses will be available. Observing the July 3, 2006 discovery cut-off and Civil Local Rule 26-2, the Parties agreed to a further 30-day discovery extension so that Defendant is afforded the

1  opportunity to depose the witnesses identified, and provide both Parties the time needed to
2  complete their factual investigations.
3  4.      Due to the extended weekend afforded the July 4th holiday, and July 3rd office closures, I
4  was unable to reach Plaintiff's counsel of record or person of similar authority to formally
5  execute this stipulated motion. However, I have been informed of the Parties' agreement as set
6  forth in this Declaration, and so signed and timely filed to carry out our mutual intent.
7       I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct to the best of my knowledge, and that this Declaration was executed at San
9  Francisco, California, on this 3rd day of July, 2006.

_____
Laura Thompson

**STIPULATION**

For the reasons set forth above, the Parties stipulate to a 30 day extension of the discovery and motion cut-off dates adopted by the Court on June 2, 2006, and June 5, 2006, respectively, and jointly request that this Court approve the following modified schedule:

| Task/Action | Adopted Schedule | Modified Schedule |
| --- | --- | --- |
| Close of Fact Discovery | July 3, 2006 | August 2, 2006 |
| Last Day to File Expert Reports | August 1, 2006 | September 1, 2006 |
| Last Day to File Rebuttal Expert reports | August 31, 2006 | October 2, 2006 |
| Close of Expert Discovery | October 31, 2006 | November 30, 2006 |
| Last day to File Motions for Summary Judgment and Partial Summary Judgment | December 1, 2006 | January 2, 2007 |
| **Motion Hearing Date** | **January 19, 2007 at 9 a.m.** | **30 day extension, in deference to the Court's calendar** |

1 | Dated: July 3, 2006               LAURA THOMPSON, ESQ.
2
3 |                                   By:/s/Laura Thompson
4 |                                      Laura Thompson
  |                                      Attorney for Defendant
5 |                                      MARY NOEL ADAMS

6 | Dated: July ___, 2006             PHILLIPS, ERLEWINE & GIVEN LLP
7
8 |                                   By:/s/
  |                                      Spencer Martinez
9 |                                      Attorneys for Plaintiff
  |                                      PHASE FORWARD INCORPORATED
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING DISCOVERY AND HEARING DATES                Case No. C-05-4232 JF (HRL)        4

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

July _7_, 2006

_____
United States District Court Judge
Judge Jeremy Fogel