# UNITED STATES DISTRICT COURT
## Northern District of California

PHASE FORWARD INCORPORATED,
a Delaware Corporation

               Plaintiff(s),

v.

MARY NOTEL ADAMS, individually
and d/b/a PHASE FORWARD

               Defendant(s).

CASE NO. 05-04232 BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

I, Keith Lee, Esquire, an active member in good standing of the bar of Eastern District of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Pepper Hamilton LLP, 3000 Two Logan Square, 18th & Arch Streets, Philadelphia, PA 19103
(215) 981-4000 (Main Telephone); (215) 981-4789 (direct dial) and (215) 689-2790 (facsimile)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, PHASE FORWARD INCORPORATED.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/16/06

United States District Judge
The Honorable Jeremy Fogel