**E-filed 2/8/07**

1  DAVID M. GIVEN (State Bar No. 142375)
   SPENCER C. MARTINEZ (State Bar No. 206337)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  M. KELLY TILLERY
   NATHAN W. DEAN
6  PEPPER HAMILTON LLP
   3000 Two Logan Square
7  Eighteenth and Arch Streets
   Philadelphia, PA  19103
8  Telephone: (215) 981-4000
   Facsimile: (215) 981-4750
9  *PRO HAC VICE*

10  Attorneys for Plaintiff

11            IN THE UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  PHASE FORWARD INCORPORATED,        )   CASE NO.  C 05-4232 JF
                                       )
                 Plaintiff,            )   **STIPULATION AND
16                                     )   [PROPOSED] ORDER TO
    v.                                 )   CONTINUE DEFENDANT
17                                     )   MARY NOEL ADAMS'
    MARY NOEL ADAMS,                   )   MOTION FOR SUMMARY
18                                     )   JUDGMENT**
                 Defendant.            )
19                                     )   Date: February 9, 2007
                                       )   Time: 9:00 a.m.
20  _____  )   Dept: Courtroom 3, 5th Floor

21

22          Plaintiff Phase Forward Incorporated and defendant Mary Noel Adams (hereinafter,

23  the "Parties"), by and through their respective counsel, hereby stipulate and jointly request

24  that the Court continue the hearing on Defendant's Motion for Summary Judgment,

25  presently scheduled for February 9, 2007, 9:00 a.m. to **April 6, 2007** at 9:00 a.m.  This

26  Court has already reserved April 6th for hearing on this matter at the Parties' request.

27          The Parties jointly request that this Court approve the stipulation on the grounds

28  that counsel to both Parties are unavailable on February 9th, which unavailability was not

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND ORDER                                    Case No. C 05-4232 JF
S:\Clients\Phase Forward\8286.1 (Adams)\pld\STIP-continue-dates-020207

1 known when this matter was initially set for hearing.

2

3 DATED: _____          PHILLIPS, ERLEWINE & GIVEN LLP

4

5                                 By: _____
                                       Spencer C. Martinez
6                                      Attorney for Plaintiff

7 DATED: February 5, 2007

8                                 _____
                                      Laura A. Thompson, Esq.
9                                     Attorney for Defendant

10

11                               **ORDER**

12        Good cause appearing, IT IS SO ORDERED.

13

14

15

16 DATED: ___2/8_____, 2007

17                               _____
                                 HON. JEREMY FOGEL
                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

1  known when this matter was initially set for hearing.

2

3  DATED: 2/06/07                    PHILLIPS, ERLEWINE & GIVEN LLP

4

5                                    By: _____
                                         Spencer C. Martinez
6                                        Attorney for Plaintiff

7  DATED: _____

8                                    _____
                                         Laura A. Thompson, Esq.
9                                        Attorney for Defendant

10

11                          ORDER

12      Good cause appearing, IT IS SO ORDERED.

13

14

15

16  DATED: _____, 2007

17                                   _____
                                     HON. JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND ORDER
S:\Clients\Phase Forward\8286.1 (Adams)\pld\STIP-continue-dates-020207

Case No. C 05-4232 JF

2