DAVID M. GIVEN (State Bar No. 142375)  
SPENCER C. MARTINEZ (State Bar No. 206337)  
PHILLIPS, ERLEWINE & GIVEN LLP  
One Embarcadero Center, Suite 2350  
San Francisco, California 94111  
Telephone: (415) 398-0900  
Facsimile: (415) 398-0911  

**E-filed 5/11/07**

M. KELLY TILLERY  
PEPPER HAMILTON LLP  
3000 Two Logan Square  
Eighteenth and Arch Streets  
Philadelphia, PA 19103  
Telephone: (215) 981-4000  
Facsimile: (215) 981-4750  
*PRO HAC VICE*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD INCORPORATED,<br><br>                    Plaintiff,<br><br>v.<br><br>MARY NOEL ADAMS,<br><br>                    Defendant. | CASE NO. C 05-4232 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT MARY NOEL ADAMS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 25, 2007<br>Time: 9:00 a.m.<br>Dept: Courtroom 3, 5th Floor |

Plaintiff Phase Forward Incorporated and defendant Mary Noel Adams (hereinafter, the "Parties"), by and through their respective counsel, hereby stipulate and jointly request that the Court continue the hearing on Defendant's Motion for Summary Judgment, presently scheduled for May 25, 2007, 9:00 a.m. to **July 20, 2007** at 9:00 a.m. to accommodate the schedules of the Parties and their counsel. This Court has already reserved July 20th for hearing on this matter at the Parties' request.

The Parties further stipulate that Plaintiff's opposition and Defendant's reply shall

Phillips, Erlewine & Given LLP  
One Embarcadero Center  
Suite 2350  
San Francisco, CA 94111  
(415) 398-0900

STIPULATION AND ORDER                                              Case No. C 05-4232 JF  
S:\Clients\Phase Forward\8286.1 (Adams)\pld\STIP-continue-dates-050907

be due as provided in Local Rules of Court relative to the July 20, 2007 hearing date.

DATED: 5/10/2007                PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
Spencer C. Martinez
Attorney for Plaintiff

DATED: 5/10/2007

_____
Matthew Stavish, Esq.
Attorney for Defendant

ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: 5/11, 2007

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND ORDER
S:\Clients\Phase Forward\8286.1 (Adams)\pld\STIP-continue-dates-050907

Case No. C 05-4232 JF

2