**E-Filed 8/30/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD INCORPORATED, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MARY NOEL ADAMS, individually and d/b/a PHASE FORWARD,<br><br>Defendants. | Case Number C 05-4232 JF (HRL)<br><br>ORDER[1] DENYING REQUEST FOR RECONSIDERATION OF ORDER DENYING SUMMARY JUDGMENT |

Defendant seeks reconsideration of this Court's Order of July 24, 2007 ("Order") denying Defendant's motion for summary judgment as to Count VIII of Plaintiff's Complaint. In relevant part, the Order denied Defendant's motion to affirm a decision of the Trademark Trial and Appeals Board ("TTAB"). Defendant's request for reconsideration is procedurally deficient because Defendant did not first seek leave to file the request as required by Local Rule 7-9(a). Setting aside Defendant's procedural error, this Court will deny the request because Defendant

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-4232 JF (HRL)
ORDER DENYING REQUEST FOR RECONSIDERATION OF ORDER DENYING
SUMMARY JUDGMENT
(JFLC3)

1  has not identified a cognizable basis for reconsideration. *See* Local Rule 7-9(b)(2).

2  When, as in the instant case, new evidence is introduced after a ruling by the TTAB, the
3  Court's review of the TTAB's ruling is de novo, with deference given to the TTAB's findings.
4  *See Nike, Inc. v. Nikepal Int'l, Inc.,* No. 2-05-CV-1468-GEB-JFM, slip op., 2007 WL 609864, at
5  *5 (E.D. Cal. Feb. 27, 2007) *citing CAE, Inc. v. Clean Air Eng'g, Inc.*, 267 F.3d 660, 674 (7th
6  Cir. 2001). Here, Plaintiff has introduced new evidence, including evidence of confusion, new
7  deposition testimony, and client lists. If "divergent ultimate inferences may reasonably be
8  drawn" from the new evidence and the inferences bear on the TTAB's decision, summary
9  judgment is improper. *Nike, Inc.*, 2007 WL 609864 at *5, *citing Miller v. Glen Miller Prods.,
10  Inc.*, 454 F.3d 975, 988 (9th Cir. 2006). Accordingly, the request for reconsideration is denied.

12  IT IS SO ORDERED.

14  DATED: August 30, 2007

   _____
   JEREMY FOGEL
   United States District Judge

28

2

Case No. C 05-4232 JF (HRL)
ORDER DENYING REQUEST FOR RECONSIDERATION OF ORDER DENYING
SUMMARY JUDGMENT.
(JFLC3)

This Order has been served upon the following persons:

| | |
|---|---|
| Randy Scott Erlewine | rse@phillaw.com |
| David Given | dmg@phillaw.com, |
| Keith Lee | leeke@pepperlaw.com, sanfordl@pepperlaw.com |
| Spencer Martinez | scm@phillaw.com, |
| Laura Thompson | LThompsonesq@comcast.net |
| M. Kelly Tillery | tilleryk@pepperlaw.com, carrollp@pepperlaw.com |

Notice will be delivered by other means to:

Nathan W. Dean
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Matthew Stavish
6550 Rock Spring Drive
Suite 240
Bethesda, MA 20817

3

Case No. C 05-4232 JF (HRL)
ORDER DENYING REQUEST FOR RECONSIDERATION OF ORDER DENYING SUMMARY JUDGMENT.
(JFLC3)