**E-filed 9/14/07**

DAVID M. GIVEN (State Bar No. 142375)
MEAGAN MCKINLEY-BALL (SBN 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

M. KELLY TILLERY
NATHAN W. DEAN
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
*PRO HAC VICE*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD INCORPORATED, | CASE NO. C 05-4232 JF (HRL) |
| Plaintiff, | SUBSTITUTION OF ATTORNEY AND ORDER THEREON |
| v. | |
| MARY NOEL ADAMS, | |
| Defendant. | |

Plaintiff Phase Forward Incorporated hereby substitutes Meagan McKinley-Ball, Phillips, Erlewine & Given, LLP, One Embarcadero Center, Suite 2350, San Francisco California as attorney of record in the place and stead of Spencer C. Martinez.

PHILLIPS, ERLEWINE & GIVEN LLP

Dated: September 11, 2007

David M. Given
Attorneys for Plaintiff

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

SUBSTITUTION OF ATTORNEY - Case No. C 05-4232 JF (HRL)
S:\Clients\Phase Forward\8286.1 (Adams)\pld\subsitution of attorney

| | |
|---|---|
| 1 | ORDER |
| 2 | IT IS SO ORDERED. |
| 3 | |
| 4 | DATED: 9/12/07 , 2007 |
| 5 | *[signature]* <br> HON. JEREMY FOGEL <br> UNITED STATES DISTRICT JUDGE |

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

SUBSTITUTION OF ATTORNEY - Case No. C 05-4232 JF (HRL)
S:\Clients\Phase Forward\8286.1 (Adams)\pld\subsitution of attorney

2