1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 10/15/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHASE FORWARD INCORPORATED, a Delaware Corporation<br><br>                    Plaintiff,<br><br>      v.<br><br>MARY NOEL ADAMS, individually and d/b/a PHASE FORWARD,<br><br>                    Defendants. | Case Number C 05-4232 JF (HRL)<br><br>ORDER[1] GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION |

        Plaintiff Phase Forward Incorporated ("PFI) seeks leave to file a motion for

reconsideration of this Court's July 24, 2007 Order ("Order").  In the Order, the Court granted

summary judgment as to Count III of PFI's amended complaint based on PFI's representations to

the Court that the claim could not be pursued under California law.  Nine days after the issuance

of the Order, the Ninth Circuit issued its opinion in *Jada Toys v. Mattel, Inc.*, 2007 WL 2199286

(9th Cir. August 2, 2007).

---

[1] This disposition is not designated for publication and may not be cited.

1    A motion for leave to file a motion for reconsideration is governed by Civ. L. R. 7-9,

2    which requires that the party seeking leave to file a motion for reconsideration must show:

3        (1)  That at the time of the motion for leave, a material difference in fact or
      law exists from that which was presented to the Court before entry of the
4        interlocutory order for which reconsideration is sought.  The party also must show
      that in the exercise of reasonable diligence the party applying for reconsideration
5        did not know such fact or law at the time of the interlocutory order; or
         (2)  The emergence of new material facts or a change of law occurring
6        after the time of such order; or
         (3)  A manifest failure by the Court to consider material facts or
7        dispositive legal arguments which were presented to the Court before such
      interlocutory order.
8    PFI asserts that *Jada Toys* is an intervening change in law that affects the legal analysis of Count

9    III.  Accordingly, PFI's request for leave to file a motion for reconsideration is GRANTED.  PFI

10   shall file its motion for reconsideration on or before October 22, 2007.  Defendant shall have

11   twenty (20) days to respond.  PFI shall have one week from the filing date of Defendant's

12   response to file any reply.  After receipt of the parties' papers, the Court will take the matter

13   under submission without oral argument.

14

15   IT IS SO ORDERED.

16

17

18   DATED: October 15, 2007      _____
                                  JEREMY FOGEL
19                                United States District Judge

20

21

22

23

24

25

26

27

28

2

This Order has been served upon the following persons:

Randy Scott Erlewine            rse@phillaw.com

David Given                    dmg@phillaw.com,

Keith Lee                      leeke@pepperlaw.com, sanfordl@pepperlaw.com

Spencer Martinez            scm@phillaw.com,

Laura Thompson             LThompsonesq@comcast.net

M. Kelly Tillery             tilleryk@pepperlaw.com, carrollp@pepperlaw.com

Notice will be delivered by other means to:

Nathan W. Dean
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Matthew Stavish
6550 Rock Spring Drive
Suite 240
Bethesda, MA 20817

Case No. C 05-4232 JF (HRL)
ORDER GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION.
(JFLC3)