DAVID M. GIVEN (State Bar No. 142375)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

*E-FILED 10/24/2007*

M. KELLY TILLERY
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
*PRO HAC VICE*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD INCORPORATED, | CASE NO. C 05-4232 JF (HRL) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO REMOVE DEFENDANT'S MOTION FOR PROTECTIVE ORDER OFF CALENDAR** |
| v. | |
| MARY NOEL ADAMS, d/b/a PHASE FORWARD, and PHASE FORWARD, LLC, | Date: November 13, 2007 |
| Defendants. | Time: 9:00 a.m. |
| | Dept: Courtroom 2, 5th Floor |

Plaintiff Phase Forward Incorporated ("PFI") and Defendants Mary Noel Adams and Phase Forward LLC (collectively, the "parties"), by and through their respective counsel, hereby stipulate and jointly request that the Court remove from its calendar the hearing on Defendants' Motion for a Protective Order Precluding the Trial Deposition of Vinka Ljubimir, or in the Alternative, Protective Order Regulating the Place

1  and/or Method of Deposition ("Defendants' Motion").

2        As PFI does not intend to re-notice Ms. Ljubimir's deposition but rather will call
3  her as a live witness at trial, the parties further stipulate that Defendants' Motion is moot
4  and will be withdrawn. Finally, the parties stipulate and jointly request that no further
5  briefing be conducted in connection with Defendants' Motion.

8  DATED: 10/23/07                    PHILLIPS, ERLEWINE & GIVEN LLP

10                                    By: _____
11                                        Meagan McKinley-Ball
                                          Attorneys for Plaintiff

12 DATED: October 23, 2007

14                                    _____
                                      Laura Thompson, Esq.
                                      Attorney for Defendant

17                                    ORDER
18  PURSUANT TO STIPULATION,
    IT IS SO ORDERED.

21 DATED: ___October 24___, 2007
22                                    _____
                                      HON. HOWARD R. LLOYD
                                      UNITED STATES ~~DISTRICT~~ JUDGE
                                              MAGISTRATE