RECEIVED
AUG 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

\*\*E-filed 8/22/08\*\*

UNITED STATES DISTRICT COURT

Northern District of California

Phase Forward Incorporated

Plaintiff(s),

v.

Mary Noel Adams

Defendant(s).

CASE NO. 05-CV-4232 JF

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joseph Berenato ■ , an active member in good standing of the bar of Virginia ■ whose business address and telephone number (particular court to which applicant is admitted) is

6550 Rock Spring Drive, Suite 240
Bethesda, Maryland 20817
301-896-0600 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Mary Noel Adams.  ■ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   8/22/08

*[signature]*

United States Magistrate Judge
Jeremy Fogel