| | |
|---|---|
| DAVID M. GIVEN, ESQ.<br>(State Bar No. 142375)<br>MEAGAN McKINLEY-BALL, ESQ.<br>(State Bar No. 245375)<br>PHILLIPS, ERLEWINE & GIVEN LLP<br>One Embarcadero Center, Suite 2350<br>San Francisco, CA 94111<br>Telephone: (415) 398-0900<br>Facsimile: (415) 398-0911<br><br>M. KELLY TILLERY, ESQ.<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>*Admitted Pro Hac Vice*<br><br>*Attorneys for Plaintiff* | LAURA THOMPSON, ESQ.<br>(State Bar No. 219999)<br>2370 Market Street, Suite 318<br>San Francisco, CA 94114<br>Telephone: (415) 264-8423<br>Facsimile: (415) 558-9688<br><br>MATTHEW STAVISH, ESQ.<br>JOSEPH BERENATO, ESQ.<br>BERENATO, WHITE & STAVISH, LLC<br>6550 Rock Spring Drive, Suite 240<br>Bethesda, MD 20817<br>Telephone: (301) 896-0600<br>Facsimile: (301) 896-0607<br>*Admitted Pro Hac Vice*<br><br>*Attorneys for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD INCORPORATED,<br>a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARY NOEL ADAMS, individually and<br>d/b/a PHASE FORWARD, and PHASE<br>FORWARD LLC, a California Limited<br>Liability Company,<br><br>　　　　Defendants. | CASE NO. C 05-4232 JF (HRL)<br><br>The Honorable Jeremy Fogel<br><br>REQUEST, STIPULATION, AND<br>[PROPOSED] ORDER RESCHEDULING<br>TRIAL AND PRETRIAL CONFERENCE<br><br>Trial: September 22, 2008<br>Pretrial Conference: September 12, 2008<br>Courtroom Three, 5th Floor |

Plaintiff Phase Forward Incorporated ("Plaintiff") and Defendants Mary Noel Adams d/b/a Phase Forward and Phase Forward LLC ("Defendants") (collectively the "Parties"), by and through their undersigned counsel hereby stipulate and agree that:

1. Due to the illness of Matthew Stavish, Lead Counsel for Defendants, the Parties request that Pretrial Conference presently scheduled for September 12, 2008 be continued, and that Trial be rescheduled to commence on October 24, 2008

(Jury Selection) or November 7, 2008 (Jury Selection), or at such other time as the Court may order. The Parties the parties will consult about holding the Pre-Trial Conference on any of October 3, October 10 and October 17 and will within 2 weeks or sooner advise the Court of their proposed date.

2. Defendants shall not use Plaintiff's stipulation to continue the Pretrial Conference against Plaintiff in any manner.

Dated: September 7, 2008

Respectfully submitted,

PEPPER HAMILTON LLP

By: _____
M. Kelly Tillery, Esquire
Attorney for Plaintiff

Dated: September 5, 2008

BERENATO, WHITE & STAVISH, LLC

By: _____
Laura Thompson, Esquire
Attorney for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. It is further ORDERED that the Pretrial Conference for this matter is rescheduled for 10/17/08 at 11:00 a.m, that Jury Selection for this matter is rescheduled for 10/24/08 at 1:30 p.m, and that Trial for this matter is rescheduled to begin on 10/27/08 at 9:00 a.m.

DATED: 9/8/08

_____
JEREMY FOGEL
United States District Judge

Request, Stipulation, and [Proposed] Order Rescheduling Trial and Pretrial Conference – 05-4232 JF (HRL)
-2-