**E-Filed 10/7/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD, INC., | Case Number C 05-4232 JF (HRL) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MARY NOEL ADAMS, | |
| Defendant. | |

The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: October 7, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-4232 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

Copies of Order served on:

David M. Given dmg@phillaw.com

Joseph Berenato , III jberenato@bwsiplaw.com

Laura Thompson LThompsonesq@comcast.net

M. Kelly Tillery tilleryk@pepperlaw.com, carrollp@pepperlaw.com

Matthew Stavish mstavish@bwsiplaw.com

Meagan Marina McKinley-Ball mmb@phillaw.com

Nathan W. Dean deann@pepperlaw.com

Case No. C 05-4232 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)