DAVID M. GIVEN, ESQ.
(State Bar No. 142375)
MEAGAN McKINLEY-BALL, ESQ.
(State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

M. KELLY TILLERY, ESQ.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

LAURA THOMPSON, ESQ.
(State Bar No. 219999)
2370 Market Street, Suite 318
San Francisco, CA 94114
Telephone: (415) 264-8423
Facsimile: (415) 558-9688

MATTHEW STAVISH, ESQ.
JOSEPH BERENATO, ESQ.
BERENATO, WHITE & STAVISH, LLC
6550 Rock Spring Drive, Suite 240
Bethesda, MD 20817
Telephone: (301) 896-0600
Facsimile: (301) 896-0607
*Admitted Pro Hac Vice*

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **PHASE FORWARD INCORPORATED,** a Delaware Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**MARY NOEL ADAMS, individually and d/b/a PHASE FORWARD, and PHASE FORWARD LLC, a California Limited Liability Company,**<br><br>**Defendants.** | CASE NO. C 05-4232 JF (HRL)<br><br>The Honorable Jeremy Fogel<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION**<br><br>Trial: October 27, 2008<br>Pretrial Conference: October 17, 2008<br>Courtroom Three, 5th Floor |

The Court has already entered an Order dismissing this action with prejudice. *See* Order of Oct. 7, 2008 (Dkt. No. 110). The Parties, Plaintiff Phase Forward Incorporated and Defendants Mary Noel Adams d/b/a Phase Forward and Phase Forward LLC, by and through their respective undersigned counsel, hereby stipulate that each Party is to bear its own costs and fees incurred in connection with this matter.

Respectfully submitted,

PEPPER HAMILTON LLP

Dated: 12/22/08

By: /s/
M. Kelly Tillery, Esquire
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

PHILLIPS, ERLEWINE & GIVEN LLP
Meagan McKinley-Ball, Esquire
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

*Attorneys for Plaintiff*

BERENATO, WHITE & STAVISH, LLC

Dated: 12/22/08

By: /s/
Matthew Stavish, Esquire
6550 Rock Spring Drive, Suite 240
Bethesda, MD 20817
Telephone: (301) 896-0600
Facsimile: (301) 896-0607

LAURA THOMPSON, ESQ.
(State Bar No. 219999)
2370 Market Street, Suite 318
San Francisco, CA 94114
Telephone: (415) 264-8423
Facsimile: (415) 558-9688

*Attorneys for Defendants*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/5/09

/s/ Jeremy Fogel
JEREMY FOGEL
United States District Judge